206 So.2d 713

**STATE of Louisiana**

v.

**William F. LAFFERTY.**

No. 49094.

Feb. 19, 1968.

The application is denied. We find no error of law in the ruling complained of.

BARHAM, J., recused.

206 So.2d 713

**Max E. SHAW**

v.

**NEW YORK FIRE & MARINE UNDER-WRITERS, INC.. et al.**

No. 49063.

Feb. 19, 1968.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

Granted, but limited to the issue of contribution between New York Fire & Marine Underwriters, Inc., and Liberty Mutual Insurance Company. In all other respects, the judgment complained of is final.

206 So.2d 714

**Max E. SHAW et al.**

v.

**NEW YORK FIRE & MARINE UNDER-WRITERS, INC., et al.**

No. 49064.

Feb. 19, 1968.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

Granted, but limited to the issue of contribution between New York Fire & Marine Underwriters Inc., and Liberty Mutual Insurance Company. In all other respects, the judgment complained of is final.

206 So.2d 714

**Milton BERTRAND**

v.

**COAL OPERATORS CASUALTY COMPANY.**

No. 49065.

Feb. 19, 1968.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

206 So.2d 714

**Succession of John J. RAMP, Sr.**

**No. 49072.**

Feb. 19, 1968.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

206 So.2d 714

**DEPOSIT GUARANTY NATIONAL BANK**

v.

**William Carl SHIPP and Succession of Carl Shipp, Jr., Mrs. Louise Stevens Shipp, Executrix.**

No. 49080.

Feb. 19, 1968.